| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: USDC- DISTRICT OF ARIZONA | | | | |
| Plaintiff: REMENTORS, INC. a Massachustees Corporation d/b/a DAVID LINDAHL'S RE MEN Defendant: Monica Main And John Doe Main, Husband And Wife: Global Success Strategies, Inc. | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: 2:10CV00063JWS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION Complaint;Proof of Service; Corporate Statement Disclosure;Notice, Consent, and Reference of A Civil Action to Magistrate Judge

3. a. Party served:  Global Success Strategies, Inc.
   b. Person served:  Alexander Heath - Administrative Assistant, White, Male, 30 Years Old, Brown Hair, Brown Eyes, 5 Feet 9 Inches, 150 Pounds

4. Address where the party was served:  4727 Wilshire Blvd #601
   Los Angeles, CA 90010

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 02, 2010 (2) at: 4:10PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. Gabriel Garibaldi
   b. **IntelliServe, Intelliquick Delivery, Inc**
   P.O. Box 34964
   Phoenix, AZ 85067
   c. 602-586-2832

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

   2-5-10
   (Date)                    (Signature)



OLGA A. AREVALO
Commission # 1663933
Notary Public - California
Los Angeles County
My Comm. Expires May 4, 2010

8. Subscribed and sworn to (or affirmed) before me on this 5th day of February, 2⑩ by Gabriel Garibaldi

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Olga A. Arevalo Notary Public
(Notary Signature)

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL

1388.12933